JAMES C. HOLDEN AND OTHERS, APPELLANTS, *v.* JOHN W BURNHAM AND OTHERS, RESPONDENTS.

*Conveyance to wife — when not fraudulent as against creditors.*

THE plaintiff was a judgment creditor of John W. Burnham, and brought an action to subject to the payment of his debt, certain real estate, the conveyance of which had been taken to said Burnham, with the promise on his part to convey it, whenever requested, to his wife, by whom the property was paid for, and who had carried on therein the business of a boarding-house, and had paid taxes on the property. John W. Burnham, prior to the recovery of the judgment in question, had conveyed the property to his wife. The plaintiffs' claim was not contracted on the strength of John W. Burnham's ownership of the property. The referee found that the conveyance to the defendant's wife was effectual and valid as against the plaintiff, and the General Term affirmed the judgment entered on such finding.*

*S. H. Thayer*, for the appellants.

*Wilcox & Hobbs*, for the respondents.

Opinion by TAPPEN, J.

Present — BARNARD, P. J., TALCOTT and TAPPEN, JJ.

Judgment affirmed, with costs.